# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. EDCV 14-804-MWF(PLAx)　　　　　　　　　Date September 11, 2017

Title: J.H. v. Riverside County of Office Education

Present: The Honorable Michael W. Fitzgerald, U.S. District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

Not Present　　　　　　　　　　　　　　　Not Present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated September 23, 2015 [84].

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer　　RS